| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: DeForre | Telephone: (810) 766-5177 |
|---|---|---|
| | Special Agent: Jacobs, ATF | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| United States of America | | |
|---|---|---|
| v. | | Case: 2:21−mj−30116 Assigned To : Unassigned Assign. Date : 3/10/2021 Description: RE: SEALED MATTER (EOB) |
| Harry Bollock Jr. | Case No. | |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _March 3, 2021 & March 4, 2021_ in the county of _Macomb and Wayne_ in the _Eastern_ District of _Michigan_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |
| 18 U.S.C. § 922(j) | Possession of a stolen firearm |
| 18 U.S.C. § 922(u) | Theft from FFL |

This criminal complaint is based on these facts:

That on or about March 3, 2021 and March 4, 2021, in the Eastern District of Michigan, Harry Bullock Jr., knowing that he was previously convicted of a felony, did unlawfully possess a firearm in violation of Title 18 U.S.C. § 922(g); knowingly and willingly possessed a stolen firearm in violation of Title 18 U.S.C. § 922(j); stole a firearm from a federal firearm licensee in violation of Title 18 U.S.C. § 922(u).

☑ Continued on the attached sheet.

_Complainant's signature_

Mark A. Jackson, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: March 10, 2021

_Judge's signature_

City and state: Detroit, MI

David R. Grand, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Mark A. Jackson, being duly sworn, hereby state the following:

**I.   INTRODUCTION AND AGENT BACKGROUND**

1. I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives in Detroit, Michigan since 2000. Prior to this, I was employed as a Senior Customs Inspector with the United States Customs Service in Detroit, Michigan for approximately three and a half years. Along with other training I have received, I am a certified law enforcement instructor and regularly teach firearms trafficking courses to ATF and other agencies both at the ATF Academy and at advanced firearms trafficking training courses. I have participated in hundreds of investigations involving violations of federal firearms and narcotics laws, resulting in the arrest and convictions of numerous criminal defendants and the seizure of large quantities of firearms.

2. I make this affidavit from personal knowledge based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation. This affidavit is intended

to show only that there is sufficient probable cause for the requested warrant, and it does not set forth all of my knowledge about this matter.

3. I am conducting an investigation into violations of 18 U.S.C. § 922(g) (prohibited person in possession of a firearm), 18 U.S.C. § 922(j) (possession of a stolen firearm), and 18 U.S.C. § 922(u) (theft from a FFL) committed by Harry Bullock Jr.. This affidavit is being submitted in support of an application for an arrest warrant for Harry Bullock Jr.

## II. PROBABLE CAUSE

4. On March 3, 2021, while employees were closing IFA Tactical, a Federal Firearms Licensee located in Sterling Heights, Michigan, an employee discovered an empty box for a Glock handgun hidden in the trash can in the restroom. The box is for a Glock model 41, Gen4, .45 caliber handgun bearing serial number AETE438. This firearm was originally located in the box and on a shelf just outside of the restroom.

5. After discovering the empty gun box, employees then reviewed surveillance footage for the evening of March 3, 2021 and observed a man go through the main door that leads back to the restrooms at approximately 6:50 pm. Multiple camera views capture this male entering the hallway to the restroom and then entering the restroom after briefly picking up the Glock box that was located on the shelf outside of the restroom, and setting it back down. Shortly thereafter, the

man opened the restroom door, reached on to the shelf, and took the Glock box into the restroom with him. Shortly after that, the man was observed on video coming out of the restroom not holding anything. The man, who had come to IFA Tactical with two other men, then walked over to one of his companions, said something, and left the store. The man who had been in the restroom opened the passenger side of the vehicle, stood there for a moment, then went back into IFA Tactical.

6. Video surveillance at IFA Tactical shows the three men arriving and leaving in what appears to be a newer, clean, silver or grey Infiniti SUV. Then they left IFA Tactical, the man who had been in the restroom entered the passenger seat of this vehicle prior to departing.

7. On March 8, 2021, SA Dustin Hurt reviewed a report of three Flint, Michigan residents who were stopped by Detroit Police Department at approximately 2:06 am on March 4, 2021 and found to be in possession of six firearms. According to the Detroit Police report, the front seat passenger of the vehicle was Harry Thomas Bullock Jr. (DOB XX/XX/96, of Flint, Michigan). Detroit police recovered three firearms from underneath the front passenger seat, where Bullock Jr. was seated. One of the firearms that was recovered from the vehicle is the Glock 41, .45 caliber handgun bearing serial number AETE438, stolen from IFA Tactical the prior evening. This traffic stop occurred approximately seven hours after the theft of the Glock handgun from IFA Tactical.

8. These three subjects were in a grey Infiniti QX80 SUV when stopped by the Detroit Police Department. I reviewed surveillance footage from IFA Tactical, and this appears to be the same vehicle I observed the three individuals leaving IFA Tactical in on March 3, 2021.

9. SA Hurt and I reviewed the Secretary of State image of Harry Bullock Jr. and compared it to the surveillance footage of the theft of a firearm from IFA Tactical. SA Hurt and I both determined that the unidentified male seen stealing a firearm from IFA Tactical on March 3, 2021 is Harry Bullock Jr.

10. I reviewed the criminal history for Bullock Jr.. He was convicted in U.S. District Court for the Eastern District of Michigan in 2015 of being a felon in possession of a firearm and he was sentenced to two years imprisonment. Based on his sentence and the fact that he had prior felony convictions there is probable cause that Bullock knew he had been previously convicted of a felony offense when he possessed the Glock firearm on March 3, 2021.

11. On March 10, 2021, I received confirmation from Special Agent Michael Jacobs that the Glock model 41, .45 caliber handgun bearing serial number AETE438 was manufactured outside the State of Michigan, and therefore had travelled in interstate commerce.

12. On March 10, 2021, I confirmed that IFA Tactical is a current Federal Firearms Licensee.

I have probable cause to believe that Harry Bullock Jr., knowing that he was previously convicted of a felony, did unlawfully possess a firearm in violation of Title 18 U.S.C. § 922(g); knowingly and willingly possessed a stolen firearm in violation of Title 18 U.S.C. § 922(j); stole a firearm from a federal firearm licensee in violation of Title 18 U.S.C. § 922(u).

Respectfully Submitted,

Mark A. Jackson
Special Agent, ATF

Sworn to before me and signed in my presence and/or by reliable electronic means on March 10, 2021

Hon. David R. Grand
United States Magistrate Judge

5